# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 14, 2018

### NO. 03-18-00050-CR

**The State of Texas, Appellant**

**v.**

**Matthew Freeman, Appellee**

---

**APPEAL FROM THE 391ST DISTRICT COURT OF TOM GREEN COUNTY**
**BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND**
**REVERSED -- OPINION BY JUSTICE GOODWIN**

---

This is an appeal from the order granting habeas corpus relief entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's order granting habeas corpus relief. Therefore, the Court reverses the trial court's order granting habeas corpus relief. Because appellee is indigent and unable to pay costs, no adjudication of costs is made.